**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JOSEPH J. DILACOVA & JULIANNE DILACOVA  Case Number: 04-74657
1063 MICHAEL CT. #215   SSN-xxx-xx-9407 & xxx-xx-5758
GELNDALE HEIGHTS, IL  60139

Case filed on: 9/17/2004
Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $46,740.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | JOSEPH J. DILACOVA | 0.00 | 0.00 | 1,380.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,380.00 | 0.00 |
| 001 | CHASE MANHATTAN BANK | 14,875.00 | 14,875.00 | 14,875.00 | 1,296.30 |
| 002 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARRIS BANK NA | 11,720.51 | 11,720.51 | 11,720.51 | 1,020.60 |
| 005 | BLATT, HASENMILLER, LEIBSKER & MOORE | 800.00 | 800.00 | 800.00 | 56.61 |
|  | Total Secured | 27,395.51 | 27,395.51 | 27,395.51 | 2,373.51 |
| 001 | CHASE MANHATTAN BANK | 2,632.35 | 2,632.35 | 1,043.07 | 0.00 |
| 002 | CITIFINANCIAL | 6,623.94 | 6,623.94 | 2,624.71 | 0.00 |
| 004 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLATT, HASENMILLER, LEIBSKER & MOORE | 2,464.83 | 2,464.83 | 976.68 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA PRIMARE CARE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CIGNA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MEDCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 3,661.84 | 3,661.84 | 1,450.99 | 0.00 |
| 016 | RICHLAND CO AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RICHLAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 973.58 | 973.58 | 385.77 | 0.00 |
| 019 | T-MOBILE | 650.74 | 650.74 | 257.85 | 0.00 |
| 020 | VILLAGE OF SCHAUMBURG | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | IDES BENEFIT PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ILLINOIS STUDENT ASSISTANCE COMM | 8,144.56 | 8,144.56 | 3,227.25 | 0.00 |
|  | Total Unsecured | 25,151.84 | 25,151.84 | 9,966.32 | 0.00 |
|  | Grand Total: | 55,247.35 | 55,247.35 | 41,441.83 | 2,373.51 |

Total Paid Claimant:     $43,815.34
Trustee Allowance:       $2,924.66          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       39.62         discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008         By  /s/Heather M. Fagan